

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00523-CV

**SA-TITAN HOLDINGS, LLC** d/b/a Titan Electric Company and Ronald Price,
Appellants

v.

**SUPERIOR CONTRACTING SERVICES, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21661
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: November 12, 2025

DISMISSED FOR LACK OF JURISDICTION

Appellants, Sa-Titan Holdings, LLC d/b/a Titan Electric Company and Ronald Price, seek to appeal the trial court's March 14, 2025 "Final Judgment After Nonjury Trial." On April 11, 2025, appellants filed a "Motion to Reconsider Judgment and Motion for New Trial." Therefore, appellants' notice of appeal was due on June 12, 2025, and any motion for extension of time to file a notice of appeal was due on June 27, 2025. *See* TEX. R. APP. P. 26.1(a), 26.3. Appellants filed their notice of appeal on August 14, 2025. On October 6, 2025, we ordered appellants to show

cause why this appeal should not be dismissed for lack of jurisdiction. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005) (holding court of appeals lacks jurisdiction to consider appeal without a timely notice of appeal). We cautioned appellants that if they failed to respond by October 16, 2025, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(a). To date, appellants have not responded. Accordingly, this court has no jurisdiction over the appeal, and we must dismiss it. *See Wilkins*, 160 S.W.3d at 564; *see also* TEX. R. APP. P. 42.3(a).

PER CURIAM